# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Criminal Minutes

Date:  January 6, 2021                Judge:  Honorable Charles R. Breyer

Court Reporter: Ana Dub
Time: 10 Minutes
Case No.: CR19-0681-1 CRB
Case Name:  USA v. Leanna Zamora (Present) (Custody)

Attorney(s) for Government: Frank Riebli
Attorney(s) for Defendant(s): Ellen Leonida
Interpreter: N/A
Probation Officer: N/A

Deputy Clerk: Lashanda Scott

### PROCEEDINGS

Change of Plea hearing held by Zoom.  Due to the covid19 pandemic, the parties consent to proceed by video conference. The defendant was sworn.  Plea Agreement provided to the Court. Defendant plead guilty to Count(s) 1 and 2 of the Indictment.  Status re Sentencing hearing set for April 28, 2021 at 9:00 a.m. Defendant in custody at Santa Rita Jail.